Ashley Grant-Hewitt
1616 Robbins ave
Philadelphia, PA 19149
347-331-4423
aghtrust@proton.me

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia, PA

In the matter of:
Ashley Grant-Hewitt
Plaintiff

V

Consumer portfolio services, Inc.
Defendant

CASE NO: 24-00084-amc

## Bill in equity for breach of Trust

### Equity sees as done what ought to be done

In the Name of Equity, and in accordance with the principles of Trust Law and Suretyship as outlined by Henry Gibson and Professor Pomeroy, be it enacted by the Court of Bankruptcy that:

WHEREAS, William Edward Craig (hereinafter referred to as "the Trustee") is a fiduciary who was appointed to settle and close this matter;

AND WHEREAS, the Trustee has failed to provide a full accounting of the assets,

AND WHEREAS, the Trustee has further failed to settle and close the matter regarding the Vehicle;

AND WHEREAS, it is the duty of the Trustee to act in the best interests of the beneficiary, who is considered the true owner of the trust property;

AND WHEREAS, the Trustee's breach of trust has caused undue hardship and inconvenience to the beneficiary;

**Matthew 6:24 - no one can serve two masters either you will hate the one and love the other, or you will be devoted to the one and despise the other. You cannot serve both God and money.**

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. The Trustee shall immediately provide a full accounting of the Buick Enclave 2014

2. The Trustee shall take all necessary steps to settle and close the matter regarding the Vehicle within a reasonable timeframe, as determined by the Court using FAS 133 (statement of financial accountant standards No. 133)

3. In the event that the Trustee fails to comply with this Order, the Court shall appoint a successor trustee to manage the accounting for property in accordance with the principles of equity.

**A Trust will not fail for lack of a trustee**

4. The Trustee shall be liable for any damages or losses suffered by the beneficiary as a result of the breach of trust, including but not limited to legal fees and expenses incurred in enforcing this Order.

5. This Order shall take precedence over any other proceedings related to the trust property, and the Court shall exercise its jurisdiction to avoid a multiplicity of suits.

**Equity regards the beneficiary as the true owner**

**Psalms 67:4 - "let the nations be glad and sing with joy, for you, judge the peoples with equity and guide the nations upon earth".**

In conclusion, it is the duty of the Trustee to act in the best interests of the beneficiary, and any failure to do so shall be met with strict liability and enforcement by this Court.

**Proverbs 2:9-10 - Then you will understand righteousness and justice and equity. Every good path for wisdom will come into your heart, and knowledge will be pleasant in your soul.**

**Equity will take jurisdiction to avoid a multiplicity of suits**

Respectfully,
I, Ashley Grant-Hewitt, the natural living woman described here in, solemnly swear, and affirm under the law of God, and the maxim of equity, that every statement given was the whole truth to the best of my knowledge and ability witness with my hand, and seal on this __2nd__ Day of ____July____, 2024

by _/s/ Ashley GH_
Ashley Grant-Hewitt
De carne et sanguine, in essence and sui juris
Grantor, beneficiary
Private civilian of the United States of America,
Private American national of the union State of Pennsylvania
Special and private resident of Philadelphia county at equity created in the image of God
All rights reserved without recourse

Commonwealth of Pennsylvania - Notary Seal
Diedra LoveKilgore - Notary Public
Delaware County
My Commission Expires July 6, 2024
Commission Number 1364735

7/2/24



07/2/2024