UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re  Ashley Grant-Hewitt | : | Chapter 7 |
| | : | |
| Debtor(s) | : | Bky. No. 23-13770 |
| | : | |
| _____ | : | |
| | : | |
| Consumer Portfolio Services, Inc. | : | |
| Plaintiff(s) | : | |
| | : | |
| v. | : | |
| | : | |
| Ashley Grant-Hewitt | : | |
| Defendant(s) | : | Adv. No. 24-00084 DJB |

## ORDER

AND NOW, this 22nd day of April 2025, upon consideration of the matters which were set for hearing on April 22, 2025 present to the Debtor's/Defendants's pleading [Adv. Dkt 35], and for the reasons stated on the record at said hearing, it is hereby ORDERED that the filings and papers filed at Adversary Dkt. Nos. 4, 5, 6, 12, 22, 24 and 35 are hereby DISMISSED for lack of prosecution.

_____
DEREK J. BAKER
U.S. BANKRTUPCY JUDGE